UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| KRISHNA KUMAR ) | |
| ZANIFER KUMAR ) | CASE NO. A11-71718-PWB |
| ) | |
| DEBTOR(S) ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment(s):

Check Number: 1005
Check Date:    08/31/2016

| Payee Name | Amount |
|---|---|
| CONCORD SERVICING CORP | 6,141.67 |

These funds are being remitted to the Registry because the payee has not claimed the funds.

## CERTIFICATE OF SERVICE

This is to certify that I have this day, September 2, 2016, served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

BAXTER & NESMITH, LLC
6065 ROSWELL ROAD
NORTHSIDE TOWER, SUITE 222
ATLANTA, GA  30328

/s/
MARY IDA TOWNSON, TRUSTEE
State Bar Number: 715063
191 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
(404) 525-1110